**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael J. SINDRAM, Defendant–Appellant.**

**No. 01–6135.**

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Michael J. Sindram, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Michael J. Sindram appeals the district court's marginal order denying his motion for a hearing and appointment of counsel. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*